# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0008. HOLLY KAMAL v. DANNY KAMAL.

Holly Kamal, defendant in the divorce case below, has filed an emergency motion seeking an extension of time to file an application for discretionary appeal from the trial court's Order on Plaintiff's Motion to Compel and Plaintiff's Motion to Reconsider Temporary Order. Ordinarily, a party seeking to appeal an order or judgment in a divorce case must file an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). However, based on the materials Kamal submitted in support of her emergency motion, it is clear that the case remains pending in the trial court and that a final judgment and divorce decree has not yet been entered. Consequently, to obtain appellate review at this time, Kamal must follow the interlocutory appeal procedures. See *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015).  And because she seeks review of an interlocutory order, her compliance with the discretionary appeal statute, OCGA § 5-6-35, does not excuse her from failing to comply with the additional requirements of OCGA § 5-6-34 (b) for an interlocutory appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Pursuant to Court of Appeals Rule 30 (i), "No extension of time shall be granted to file interlocutory applications or responses to interlocutory applications." Accordingly, Kamal's emergency motion for an extension of time to file an application is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   10/18/2022        *

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
........................................................................, *Clerk.*